This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CITY OF ALBUQUERQUE, ex rel.**
**ALBUQUERQUE POLICE DEPARTMENT,**

 Plaintiff-Appellee,

v.              **NO. 35,446**

**ONE (1) 1996 DODGE P/U SILVER,**
**VIN: 1B7HF16ZXTJ191924,**
**NEW MEXICO LICENSE # 294RLJ,**

 Defendant,

and

**DIANNA WALLER,**

 Claimant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Alan M. Malott, District Judge**

City of Albuquerque Legal Department
Jessica Hernandez, City Attorney
Kyle Hibner, Assistant City Attorney
Albuquerque, NM

for Appellee

Dianna Wallen

Albuquerque, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1}    Claimant-Appellant Dianna Waller (Appellant) has sought to appeal from an order granting forfeiture pursuant to the City of Albuquerque's DWI-related civil forfeiture ordinance. We previously issued a notice of proposed summary disposition in which we proposed to dismiss. Defendant has filed a memorandum in opposition. After due consideration, we remain unpersuaded.

{2}    As we previously observed, the filing of a timely notice of appeal is a mandatory precondition to this Court's jurisdiction. *In re Yalkut*, 2008-NMSC-009, ¶ 24, 143 N.M. 387, 176 P.3d 1119 (per curiam). In this case, Appellant filed her notice of appeal nearly a month late. We therefore proposed to dismiss. *See, e.g.*, *Chavez v. U-Haul Co. of N.M.*, 1997-NMSC-051, ¶¶ 19-22, 124 N.M. 165, 947 P.2d 122 (declining to hear an appeal filed thirty days late).

{3}    In her memorandum in opposition Appellant offers neither any basis for extending the filing deadline nor any justification for the delay. [MIO 2] Instead, we understand Appellant to invite the Court to consider the "extensive facts" and the merits of the appeal notwithstanding the untimely filing. [MIO 29A] We decline.

{4}    Accordingly, for the reasons stated above and in the notice of proposed summary disposition, we dismiss.

{5}    **IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____
**LINDA M. VANZI, Judge**

_____
**J. MILES HANISEE, Judge**